# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**WELLS FARGO BUSINESS CREDIT,
a division of WELLS FARGO BANK, N.A.,**

        Plaintiff,

        V.        CASE NUMBER: **10-C-348**

**DONALD J. HINDMAN,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the plaintiff and against the defendant on the plaintiff's claims for breach of contract and promissory estoppel.**

**The plaintiff's motion for summary judgment is GRANTED.**

**The defendant's motion for summary judgment is DENIED.**

**Judgment is entered in the amount of $750,000.00, plus prejudgment interest at the statutory rate of 5%, accruing from April 7, 2010 until January 11, 2012, in the amount of $66,164.38, for a total judgment of $816,164.38.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|    **January 11, 2012**    |  **JON W. SANFILIPPO**  |
| Date | Clerk |

 s/ Linda M. Zik
(By) Deputy Clerk

Approved:

*[signature: Rudolph T. Randa]*

Hon. Rudolph T. Randa
U.S. District Judge

January 11, 2011
Date